UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ-BIBIANO,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Facility senior warden at the Otay Mesa Detention Center, et. al.,<br><br>　　　　　　　　　Respondents. | Case No.: 25-CV-3429 JLS (SBC)<br><br>**ORDER REGARDING JOINT STATUS REPORT**<br><br>(ECF No. 9) |

　　　Presently before the Court is the Parties' Joint Status Report (ECF No. 9) filed pursuant to the Court's December 15, 2025, Order (ECF No. 8). The Parties have confirmed that Petitioner was released from detention. ECF No. 9 at 1. Accordingly, the Clerk of the Court **SHALL** close the file.

　　　**IT IS SO ORDERED.**

Dated: December 19, 2025

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge