UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUAN RAMIREZ-BIBIANO

                           Petitioner,

v.

CHRISTOPHER LAROSE, Facility senior warden at the Otay Mesa Detention Center, et. al.,

                           Respondents.

Case No.: 25-CV-3429 JLS (SBC)

**ORDER DENYING REQUEST FOR EAJA FEES**

The Court granted the Parties two extensions for Petitioner's counsel to file an attorney fee application and corresponding billing records and for Respondents to file any opposition. *See* ECF Nos. 13, 14. Plaintiff's counsel failed to file an attorney fee application and corresponding billing records by the deadline on March 30, 2026. *See generally* Docket. Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.

     **IT IS SO ORDERED.**

Dated: April 1, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-3429 JLS (SBC)